FILED
September 28, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:07MJ00302-GGH-4
          Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
DAVID THAM, )
)
          Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  DAVID THAM , Case No.  2:07MJ00302-GGH-4 , Charge  21USC § 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 ___ Release on Personal Recognizance

 ___ Bail Posted in the Sum of $_____

  ___ Unsecured Appearance Bond

  ___ Appearance Bond with 10% Deposit

  ___ Appearance Bond with Surety

  ___ Corporate Surety Bail Bond

 ✔ (Other)  Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 28, 2007  at  2:00 pm .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court